[No. 44429-8-I. Division One. September 18, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOE WAYNE MACOM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-01605-7, Deborah Fleck, J., entered January 26, 1999. *Affirmed in part* and *remanded* by unpublished opinion per Baker, J., concurred in by Webster, J., and Howard, J. Pro Tem.

[No. 43387-3-I. Division One. September 18, 2000.]

*In the Matter of the Marriage of* LESLEY G. MUMA, *Respondent*, and ANTHONY J. MUMA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-3-00671-0, J. Kathleen Learned, J., entered August 25, 1998. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Agid, C.J., and Cox, J.

[No. 43185-4-I. Division One. September 18, 2000.]

ROBERT SHAY, ET AL., *Respondents*, v. SAMUEL KYLE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Island County, No. 94-2-00079-3, Alan R. Hancock, J., entered July 15, 1998. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Agid, C.J., and Coleman, J.

[No. 44378-0-I. Division One. September 18, 2000.]

PETER LIPSHUTZ, *Appellant*, v. RICHARD P. JONES, ET AL., *Defendants*, BRUCE FALLICK, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-30364-8, Donald D. Haley, J., entered March 11, 1999. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Baker and Cox, JJ.